# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00486-CV

**Carol Ann Rosado, Appellant**

**v.**

**Anthony Coll Rosado, Appellee**

### FROM THE 478TH DISTRICT COURT OF BELL COUNTY, NO. 23DFAM340855
### THE HONORABLE WADE NICHOLAS FAULKNER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Carol Ann Rosado has filed her First Unopposed Motion to Abate the Appeal to Permit the Trial Court's Signature of the Final Decree of Divorce. She represents that the trial court has not signed the final decree and that Appellee Anthony Coll Rosado does not oppose the motion. We grant the motion and abate this appeal. When the final decree is signed, Appellant shall file a motion to reinstate and shall request that the trial court clerk file a supplemental record containing the final decree. If the final decree is not signed by September 24, 2024, Appellant shall file a status report with this Court's clerk.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated on Appellant's Motion

Filed: August 28, 2024